Timothy GRIMES, Plaintiff—
Appellant,

v.

R. FOWLER; G. Johnson; W.P. True; John Does, Officials of ROSP; Captain Hockett; W. Smith; M. Buchanan; J. Bentley; John Does, Officials of WRSP; John Does, Practitioners ROSP; Jean Does, Red Onion State Prison; Sergeant Head; Prison Guard Bowen; Correctional Officer Owens, Defendants—Appellees,

and

T. Johnson; A. Baker, Defendants.

No. 04–6209.

United States Court of Appeals,
Fourth Circuit.

Submitted: July 15, 2004.

Decided: July 21, 2004.

Timothy Grimes, Appellant pro se.

Susan Foster Barr, Office of the Attorney General of Virginia, Richmond, Virginia; Alexander Leonard Taylor, Jr., Office of the United States Attorney, Richmond, Virginia; Gary Clay Hancock, Timothy Edmond Kirtner, Gilmer, Sadler, Ingram, Sutherland & Hutton, Pulaski, Virginia, for Appellees.

Before MOTZ, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Timothy Grimes appeals the district court's order granting judgment in favor of the Appellees in his 42 U.S.C. § 1983 (2000) action in accordance with a jury verdict. We have reviewed the record and find no reversible error. Accordingly, we affirm the judgment of the district court. *See Grimes v. Fowler*, No. CA–01–526–2 (W.D.Va. Jan. 23, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented

in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*